Per Curiam.

Before a writ of mandamus will issue there must be a duty specially enjoined by law on the respondent. Section 2731.01, Revised Code; State, ex rel. Selected Properties, Inc., v. Gottfried, 163 Ohio St., 469, 127 N. E. (2d), 371; State, ex rel. Hepperla, v. Glander, Tax Commr., 160 Ohio St., 59, 113 N. E. (2d), 357; State, ex rel. Cook, v. Civil Service Comm., 152 Ohio St., 71, 87 N. E. (2d), 252.
The provisions of Section 145.32, Bevised Code, relative to voluntary and compulsory retirement, clearly and unequivocally repose in the respondent a discretion to retain or not to retain an employee who has attained the age of 70 years.
Mandamus will not lie to control the exercise of discretion. State, ex rel. Hawke, v. Davis, Governor, 102 Ohio St., 216, 131 N. E., 348: State, ex rel. Armstrong, v. Davey, Governor, 130 Ohio St., 160, 198 N. E., 180; State, ex rel. Kay, v. Lausche, Governor, 161 Ohio St., 168, 118 N. E. (2d), 414; State, ex rel. *76 DeVille Photography, Inc., v. McCarroll, Judge, 168 Ohio St., 337, 154 N. E. (2d), 640.

Demurrer sustained and writ denied.

Weygandt, C. J., Zimmerman, Taft, Matthias, Bell, Herbert and Peck, JJ., concur.